FILE COPY



**BRIAN QUINN**
Chief Justice

**JAMES T. CAMPBELL**
Justice

**MACKEY K. HANCOCK**
Justice

**PATRICK A. PIRTLE**
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.7thcoa.courts.state.tx.us

**PEGGY CULP**
CLERK

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

February 26, 2014

David L. Richards
LAW OFFICE OF DAVID RICHARDS
3001 W. 5th Street, Suite 800
Fort Worth, TX 76107
* DELIVERED VIA E-MAIL *

Aaron Edward Bell
TDCJ-ID #01861465
Mark W. Michael Unit
2664 FM 2054
Tennessee Colony, TX 75886

Charles M. Mallin
Assistant Criminal District Attorney
401 W. Belknap St.
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

**RE:**   Case Nos.  07-13-00234-CR through 07-13-00239-CR
Trial Court Case Nos.  1288725D through 1288728D and 1290870D, 1290871D

**Style:** Aaron Edward Bell v. The State of Texas

Dear Counsel and Mr. Bell:

The Court this day issued an opinion and judgment in the captioned cases.  TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Peggy Culp*
PEGGY CULP, CLERK

xc:   Honorable David Scott Wisch (DELIVERED VIA E-MAIL)
Thomas A. Wilder (DELIVERED VIA E-MAIL)